Case No. 23-5293

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

# ORDER

ALLAN M. JOSEPHSON

      Plaintiff - Appellee

v.

TONI M. GANZEL, Interim Executive Dean of Health Affairs and Dean of the School of Medicine at the University of Louisville, in her official and individual capacities; KIMBERLY A. BOLAND, Interim Chair of the Department of Pediatrics at the University of Louisville, in her official and individual capacities; CHARLES R. WOODS, former Chair of the Department of Pediatrics at the University of Louisville, in his individual capacity; JENNIFER F. LE, former Interim Division Co-Chief of the Division of Child and Adolescent Psychiatry and Psychology and current Chief of the Division of Child and Adolescent Psychiatry and Psychology at the University of Louisville, in her official and individual capacity; BRYAN D. CARTER, former Interim Division Co-Chief of the Division of Child and Adolescent Psychiatry and Psychology and Chief of the Division of Psychology at the University of Louisville, in his official and individual capacities; WILLIAM D. LOHR, former Interim Division Co-Chief of the Division of Child and Adolescent Psychiatry and Psychology at the University of Louisville, in his official and individual capacities

      Defendants Appellants

and

NEELI BENDAPUDI, President of the University of Louisville, in her official and individual capacities; GREGORY C. POSTEL, former Interim President and Executive Vice President of Health Affairs at the University of Louisville, in his official and individual capacities; BETH A. BOEHM, Executive Vice President and University Provost at the University of Louisville, in her official and individual capacities

      Defendants

   Upon consideration of the motions for leave to file amicus briefs, it is **ORDERED** that the motions are hereby **GRANTED**.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: June 24, 2024

_/s/ Kelly L. Stephens_